RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 09 2015

Abel Acosta, Clerk

PD-0707-15

Rec'd
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN -1 2015

CHRISTOPHER A. PRINE
CLERK

No. 01-14-00025-C

Larry James Solomon
Appellant

V.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

In The Court of Appeals For The First district of Texa At Houston

Motion For Extension of Time to to File Petiton For Descretionary Review

To The Honarble Justices of said Court

Now Comes, Larry Solomon, Appellant in the above styled and number cause, and moves Court to grant extension of time to file Appellants "Petiton For Descretionary Review" and for good Cause shows the following.

1. This case is on appeal From the 338TH District Court of Harris County, Texas.

2. The Case has been styled Larry Solomon v. The State of Texas, and numbered (1356492) cause

3. The charge of murder in the case was a trial by Jury and finding of guilt punishment by Judge and a assesment of 50 yrs was handed down.

4. Appellant was informed by Cousel of Record, her position as his Counsel and advised him of his options to file a response to the Anders. breif, Appellant currently is seeking Post Conviction discovery from his trial Court Regarding

pg1

proceedings pestajn to Courts Jurisdiction and the charging installment handed down by Courts Grand Jury Panel. Appellants needs more time to file his Petition for descret ionary, Review While awaiting a response From trial Court Clerk and District Attorney's office as to Motion of discovery.

Appellant Request this Court grant Maxium length of time Required, and allow Appellant adequate time to proceed inaccordance, to T.R.A.P. The Due date to file the Petiton is June 4, 2015.

Wherefore Promises Considered, Apellant pray this Court grant This Motion to extend time, to file P.D.R. and be allowed to consult with counsel of Record.

Respectfully submitted
Larry Solomon 1908541 Beto
Unit 1391 Fm 3328 Tenn Colony
Tx 75880 /s/ Larry Solomon

## Certificate of Service

This is to certify, that on May 26, 2015 a true and correct copy of this Request for "ext. of time" was mailed to clerk of court and is to be shared a copy with parties bdor Clerk 1st Court of Appeals 301 Fannin, Houston Tx District Attorney of 338th District Court

Larry Solomon
Beto Unit 1391 Fm 3328
Tenn Colony Tx 75880 b1

Larry Solomon